■ In the Matter of ROBERT V.C., Appellant, v POLLY V.H., Respondent. [942 NYS2d 349]—

Order, Family Court, Bronx County (Clark V. Richardson, J.), entered on or about September 10, 2008, which, upon the parties' respective objections to the Support Magistrate's order, entered June 3, 2008, dismissing petitioner's petition for a downward modification in child support, vacated the June 3, 2008 order and reinstated a June 30, 2006 support order of $1,817 per month, unanimously affirmed, without costs.

Petitioner failed to show a substantial change in circumstances warranting a downward modification of the support award (*see Matter of Sullivan v Sullivan*, 22 AD3d 415 [2005]). He provided no documentation to substantiate his claimed income or his claimed receipt of public assistance. He failed to produce an up-to-date diary detailing his job search for work commensurate with his training and experience (*see O'Brien v McCann*, 249 AD2d 92 [1998]).

Petitioner was properly advised of his right to counsel. We have considered petitioner's remaining contentions and find them unavailing. Concur—Gonzalez, P.J., Saxe, Sweeny, Acosta and Renwick, JJ.